IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LISA KRAMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:13cv285-WHA |
| ) | |
| ELMORE COUNTY SHERIFF DEPT., ) | (WO) |
| et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #5), and Doc. #6, filed by the Plaintiff on May 21, 2013, which the court construes to be an Objection to the Recommendation of the Magistrate Judge.

Upon an independent evaluation and *de novo* review of the file, the court OVERRULES the objection of the Plaintiff, ADOPTS the Recommendation, and it is hereby ORDERED as follows:

1.  The Plaintiff's claims against the Elmore County Sheriff Department are DISMISSED with prejudice pursuant to the directives of 28 U.S.C. §1915(e)(2)(B)(i).

2.  The Plaintiff's claims against the Elmore County Commission are DISMISSED in accordance with the provisions of 28 U.S.C. §1915(e)(2)(B)(ii) and (iii).

3.  The Elmore County Sheriff Department and the Elmore County Commission are DISMISSED as Defendants to this cause of action.

    4.  This case, with respect to the Plaintiff's claims against the remaining Defendants alleging mistreatment during her confinement in the Elmore County Jail is referred back to the Magistrate Judge for further proceedings.

    DONE this 5th day of June, 2013.

                                          /s/ W. Harold Albritton
                                          W. HAROLD ALBRITTON
                                          SENIOR UNITED STATES DISTRICT JUDGE